OPINION — AG — THE BOARD OF TRUSTEES OF THE TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA CAN LEGALLY USE THE RESIDUE OF INTEREST, THAT MAY ACCRUE OR ACCUMULATE, FOR ADMINISTRATIVE AND OPERATIONAL PURPOSES AFTER THE FOUR PERCENT PER ANNUM INTEREST PAYMENT HAS BEEN MADE. CITE: 70 O.S. 1961, 17-8(5) [70-17-8], 70 O.S. 1961, 17-8(7) [70-17-8], 70 O.S. 1961, 17-7(2) [70-17-7] (J. H. JOHNSON)